**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:20-cv-6459 | 2:22-cv-1960 | 2:22-cv-3777 |
| 2:21-cv-1901 | 2:22-cv-2068 | 2:22-cv-3800 |
| 2:21-cv-2987 | 2:22-cv-2411 | 2:22-cv-3854 |
| 2:21-cv-4134 | 2:22-cv-2805 | 2:22-cv-3879 |
| 2:21-cv-4558 | 2:22-cv-2911 | 2:22-cv-3900 |
| 2:21-cv-5140 | 2:22-cv-2952 | 2:22-cv-4144 |
| 2:21-cv-5496 | 2:22-cv-3073 | 2:22-cv-4331 |
| 2:22-cv-0294 | 2:22-cv-3093 | 2:22-cv-4390 |
| 2:22-cv-0477 | 2:22-cv-3102 | |
| 2:22-cv-0652 | 2:22-cv-3118 | |
| 2:22-cv-1707 | 2:22-cv-3351 | |
| 2:22-cv-1775 | 2:22-cv-3389 | |
| 2:22-cv-1791 | 2:22-cv-3464 | |
| 2:22-cv-1864 | 2:22-cv-3519 | |
| 2:22-cv-1931 | 2:22-cv-3751 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **May 2023**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on March 31, 2023** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio