# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KAITLYN PORTER, | ) CASE NO. 2:22-cv-3351 |
| *Plaintiff,* | ) JUDGE EDMUND A. SARGUS |
| vs. | ) MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| PAXE LATITUDE, LP, | ) |
| *Defendant.* | ) JOINT STATUS REPORT OF THE PARTIES |

Pursuant to the Court's Order of February 7, 2023, Plaintiff, Kaitlyn Porter ("Plaintiff"), and Defendant, Paxe Latitude, LP ("Defendant," Plaintiff and Defendant collectively referred to as the "Parties") submit the following Joint Status Report:

**1. Discovery that has happened since the reporting period:**

Pursuant to the Court's Order of February 7, 2023, Plaintiff served targeted discovery requests to Defendant on the issues of the relationship between Defendant and Integra Affordable Management on February 28, 2023. As of March 24, 2023, Defendant has not served its responses on Plaintiff. Defendant intends to serve its responses by March 31, 2023.

**2. Settlement discussions that have occurred since the reporting period:**

The Parties have not engaged in any settlement discussions during the reporting period.

**3. Motion that have been filed or remain pending during the reporting period:**

The Parties are unaware of any pending or recently-filed motions.

**4. Any developments that might give rise to a request to deviate from the schedule outlined in the Court's Case Management Plan and Trial Order:**

The Parties are unaware of any such developments at this stage.

Respectfully submitted,                                                         Respectfully submitted,

/s/ *Jamie R. Bailey*                                                               /s/ *Vincent P. Antaki*
Jamie R. Bailey (0099789)                                              Vincent P. Antaki (0072471)
(*Jamie@thefriedmannfirm.com*)                              **REMINGER CO., LPA.**
Rachel Sabo Friedmann (0089226)                          525 Vine Street, Suite 1500
(*Rachel@thefriedmannfirm.com*)                          Cincinnati, Ohio 45202
**The Friedmann Firm LLC**                                       Tel: (513) 721-1311
3740 Ridge Mill Drive                                                       Fax: (513) 721-2533
Hilliard, Ohio 43026                                                          Email: vantaki@reminger.com
614-639-6477 (Phone)
614-737-9812 (Fax)
*Attorneys for Plaintiff Kaitlyn Porter*                        *Counsel for Defendant Paxe Latitude, LP*