# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KAITLYN PORTER, | ) CASE NO. 2:22-cv-3351 |
| *Plaintiff*, | ) JUDGE EDMUND A. SARGUS |
| vs. | ) MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| PAXE LATITUDE, LP, | ) |
| *Defendant*. | ) **JOINT STATUS REPORT OF THE PARTIES** |

Pursuant to the Court's Order of December 12, 2023, Plaintiff, Kaitlyn Porter ("Plaintiff"), and Defendant, Paxe Latitude, LP ("Defendant," Plaintiff and Defendant collectively referred to as the "Parties") submit the following Joint Status Report updating the Court on the progress of the case. The Parties intend to confer and draft a proposed case schedule resetting the deadlines in the case that were affected by the automatic stay of this action due to Defendant's bankruptcy proceedings. The Parties will submit a proposed case schedule for the Court's review by January 5, 2024.

Respectfully submitted,                                  Respectfully submitted,

/s/ *Jamie R. Bailey*
Jamie R. Bailey (0099789)
(*Jamie@thefriedmannfirm.com*)
Rachel Sabo Friedmann (0089226)
(*Rachel@thefriedmannfirm.com*)
**The Friedmann Firm LLC**
3740 Ridge Mill Drive

/s/ *Vincent P. Antaki*
Vincent P. Antaki (0072471)
**REMINGER CO., LPA.**
525 Vine Street, Suite 1500
Cincinnati, Ohio 45202
Tel: (513) 721-1311
Fax: (513) 721-2533

| | |
|---|---|
| Hilliard, Ohio 43026<br>614-639-6477 (Phone)<br>614-737-9812 (Fax) | Email: vantaki@reminger.com |
| *Attorneys for Plaintiff Kaitlyn Porter* | *Counsel for Defendant Paxe Latitude, LP* |