IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KATILYN PORTER,** | : |
| | : Civil Action: 2:22-cv-3351 |
| Plaintiff, | : |
| | : Judge Edmund A. Sargus, Jr. |
| | Magistrate Judge Kimberly A. Jolson |
| vs. | : |
| **PAXE LATITUDE LP,** | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff Katilyn Porter and Defendant Paxe Latitude LP, by and through their respective counsel, and hereby agree to dismiss with prejudice all claims asserted in this action. Each party to pay their own costs.

/s/ Vincent P. Antaki
Vincent P. Antaki (0072471)
**REMINGER CO., L.P.A.**
525 Vine Street, Ste. 1500
Cincinnati, Ohio 45202
T: 513-721-1311 / F: 513-721-2553
vantaki@reminger.com
*Attorney for Defendant*
*Paxe Latitude LP*

/s/ Jason E. Starling per email authorization 5/7/2024
Jason E. Starling
Willis Spangler Starling, LPA
4635 Trueman Boulevard, Suite 100
Hilliard, OH 43026
jstarling@willisattorneys.com
*Attorney for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KATILYN PORTER,** : | |
| : | Civil Action: 2:22-cv-3351 |
| **Plaintiff,** : | |
| : | Judge Edmund A. Sargus, Jr. |
| | Magistrate Judge Kimberly A. Jolson |
| vs. : | |
| : | |
| **PAXE LATITUDE LP,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through counsel, having filed their Stipulation of Dismissal with Prejudice and the Court having considered the same, and being duly advised in the premises, now approves said Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims in this case by and between Plaintiff Kaitlyn Porter and Defendant Paxe Latitude LP shall be dismissed with prejudice, costs paid.

Date: _____         _____

Distribution:
Counsel of Record via Court's Electronic Filing System